# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § |  |
|---|---|---|
|  | § |  |
| FISCHER, STEVEN PAUL | § | Case No. 05-51717 |
| FISCHER, JANET ANN | § |  |
|  | § |  |
| Debtor(s) | § |  |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 10/13/2005 . The undersigned trustee was appointed on 10/13/2005 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $      7,395.98

    Funds were disbursed in the following amounts:

| | |
|---|---|
| Administrative expenses | 8.23 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 7,387.75 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U S C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page. 1)*

6. The deadline for filing claims in this case was 09/05/2006. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,489.60. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,489.60, for a total compensation of $ 1,489.60. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00, and now requests reimbursement for expenses of $ 83.72, for total expenses of $ 83.72.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/02/2010            By:/s/BRENDA PORTER HELMS, TRUSTEE
                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:

| Case No: | 05-51717 SQU Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | FISCHER, STEVEN PAUL | Date Filed (f) or Converted (c): | 10/13/05 (f) |
|  | FISCHER, JANET ANN | 341(a) Meeting Date: | 01/03/06 |
| For Period Ending: 12/31/10 |  | Claims Bar Date: | 09/05/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) Gross Value of Remaining Assets |
| 1. CASH ON HAND | 20.00 | 0.00 |  | 0.00 | FA |
| Debtor Claimed Exemption |  |  |  |  |  |
| 2. CHECKING ACCOUNT | 500.00 | 0.00 |  | 0.00 | FA |
| Debtor Claimed Exemption |  |  |  |  |  |
| 3. HOUSEHOLD GOODS AND FURNISHINGS | 880.00 | 0.00 |  | 0.00 | FA |
| Debtor Claimed Exemption |  |  |  |  |  |
| 4. WEARING APPAREL AND JEWELRY | 2,000.00 | 0.00 |  | 0.00 | FA |
| Debtor Claimed Exemption |  |  |  |  |  |
| 5. JEWELRY AND FUR COAT | 1,000.00 | 0.00 |  | 0.00 | FA |
| Debtor Claimed Exemption |  |  |  |  |  |
| 6. PENSION PLANS AND PROFIT SHARING | 970.00 | 0.00 |  | 0.00 | FA |
| Debtor Claimed Exemption |  |  |  |  |  |
| 7. STOCK AND BUSINESS INTERESTS | Unknown | Unknown |  | 0.00 | FA |
| Debtor Claimed Exemption |  |  |  |  |  |
| 8. 2003 FORD VAN | 4,000.00 | Unknown | DA | 0.00 | FA |
| Debtor Claimed Exemption |  |  |  |  |  |
| 9. TRINITY LEARNING STOCK (u) | Unknown | 0.00 |  | 7,335.68 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 60.30 | Unknown |

TOTALS (Excluding Unknown Values)      $9,370.00      $0.00      $7,395.98

Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is preparing Final Report

Initial Projected Date of Final Report (TFR): 12/30/08     Current Projected Date of Final Report (TFR): 03/30/10

/s/ BRENDA PORTER HELMS, TRUSTEE
_____ Date: 02/03/10
BRENDA PORTER HELMS, TRUSTEE

Exhibit A

PFORM1          Ver 15.06b

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-51717 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | FISCHER, STEVEN PAUL | | Bank Name: | BANK OF AMERICA, N.A. |
| | FISCHER, JANET ANN | | Account Number / CD #: | *******5677 Money Market - Interest Bearing |
| Taxpayer ID No: | *******6422 | | | |
| For Period Ending: | 12/31/10 | | | |

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/16/07 | 9 | Wayne Hummer Investments 3400 W. Lawrence Avenue Chicago IL 60625 | liquidation of stock | 1129-000 | 7,335.68 | | 7,335.68 |
| 04/30/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.60 | | 7,338.28 |
| 05/31/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.23 | | 7,344.51 |
| 06/29/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.04 | | 7,350.55 |
| 07/31/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.24 | | 7,356.79 |
| 08/31/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.25 | | 7,363.04 |
| 09/28/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 4.69 | | 7,367.73 |
| 10/31/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 4.70 | | 7,372.43 |
| 11/30/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 3.94 | | 7,376.37 |
| 12/31/07 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 3.53 | | 7,379.90 |
| 01/31/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 2.92 | | 7,382.82 |
| 02/14/08 | 000101 | International Sureties Ltd 701 Polydras St New Orleans LA 70139 | trustee bond | 2300-000 | | 8.23 | 7,374.59 |
| 02/29/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 1.75 | | 7,376.34 |
| 03/31/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.74 | | 7,378.08 |
| 04/30/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.51 | | 7,379.59 |
| 05/30/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.94 | | 7,380.53 |
| 06/30/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.91 | | 7,381.44 |
| 07/31/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.94 | | 7,382.38 |
| 08/29/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.94 | | 7,383.32 |
| 09/30/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.91 | | 7,384.23 |
| 10/31/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.72 | | 7,384.95 |
| 11/28/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.60 | | 7,385.55 |
| 12/31/08 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.37 | | 7,385.92 |
| 01/30/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,385.98 |
| 02/27/09 | 10 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 7,386.04 |
| 03/31/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,386.10 |
| 04/30/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 7,386.26 |
| 05/29/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,386.45 |
| 06/30/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,386.63 |
| 07/31/09 | 10 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.19 | | 7,386.82 |
| 08/31/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,387.01 |
| 09/30/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,387.19 |
| 10/30/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,387.37 |
| 11/30/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,387.56 |
| 12/31/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,387.75 |

Total Of All Accounts    7,387.75

Exhibit B

PFORM24

Ver. 15.06

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-51717
Case Name: FISCHER, STEVEN PAUL
 FISCHER, JANET ANN
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| Plumbers Local Union No. 93 Fringe Benefit Funds | $ 5,814.43 |
|  | $ |
|  | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: BRENDA PORTER HELMS, TRUSTEE | $ 1,489.60 | $ 83.72 |
| *Attorney for trustee:* | $ | $ |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |
| *Other:* | $ | $ |
| *Other:* | $ | $ |

UST Form 101-7-TFR (9/1/2009) (Page: 3)

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: |  | $ | $ |
| Attorney for: |  | $ | $ |
| Accountant for: |  | $ | $ |
| Appraiser for: |  | $ | $ |
| Other: |  | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 146,517.31 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000012 | Department of the Treasury-Internal Revenue | $ 73,335.92 | $ 0.00 |
| 000013 | Department of the Treasury-Internal Revenue | $ 73,181.39 | $ 0.00 |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 418,097.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Valley Emergrency Care Inc | $ 291.80 | $ 0.00 |

UST Form 101-7-TFR (9/1/2009) (Page: 4)

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | St. Therese Hospital | $ 983.37 | $ 0.00 |
| 000003 | Tri City Ambulance | $ 475.00 | $ 0.00 |
| 000004 | Michael J. Morrisroe Ltd | $ 8,588.25 | $ 0.00 |
| 000005 | Midwest Heart | $ 135.20 | $ 0.00 |
| 000006 | Harris Bank N.A. | $ 200,006.55 | $ 0.00 |
| 000007 | Citibank/ CHOICE | $ 6,236.41 | $ 0.00 |
| 000008 | Citibank/ CHOICE | $ 41,205.89 | $ 0.00 |
| 000009 | Citibank/ CHOICE | $ 41,205.89 | $ 0.00 |
| 000011 | Citizens Community Bank of Illinois | $ 118,969.22 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 606,450.65 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000014 | Chem-Wise | $ 370.00 | $ 0.00 |
| 000015 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES | $ 4,989.74 | $ 0.00 |
| 000016 | Robert Clark & Associates | $ 4,458.10 | $ 0.00 |
| 000017 | SG Supply | $ 287,483.61 | $ 0.00 |
| 000018 | Navigators Insurance Company | $ 309,149.20 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.