UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| FISCHER, STEVEN PAUL | § | Case No. 05-51717 |
| FISCHER, JANET ANN | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF COURT
219 S. DEARBORN STREET
CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 03/26/2010 in Courtroom 4016,
DuPage Judicial Center
505 N. County Farm Road
Wheaton IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/23/2010                             By: Clerk of Court

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UST Form 101-7-NFR (9/1/2009) (Page: 1)

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| FISCHER, STEVEN PAUL | § | Case No. 05-51717 |
| FISCHER, JANET ANN | § | |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 7,396.17 |
| *and approved disbursements of* | $ | 8.23 |
| *leaving a balance on hand of*[1] | $ | 7,387.94 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* | |
|---|---|---|
| *Plumbers Local Union No. 93 Fringe Benefit Funds* | $ | 5,814.60 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: BRENDA PORTER HELMS, TRUSTEE* | $ 1,489.62 | $ 83.72 |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) (Page: 2)

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Charges: | | $ | $ |
| Fees: | | $ | $ |
| Other: | | $ | $ |
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 146,517.31 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000012 | Department of the Treasury-Internal Revenue | $ 73,335.92 | $ 0.00 |
| 000013 | Department of the Treasury-Internal Revenue | $ 73,181.39 | $ 0.00 |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-NFR (9/1/2009) (Page: 3)

Timely claims of general (unsecured) creditors totaling $ 418,097.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Valley Emergrency Care Inc | $ 291.80 | $ 0.00 |
| 000002 | St. Therese Hospital | $ 983.37 | $ 0.00 |
| 000003 | Tri City Ambulance | $ 475.00 | $ 0.00 |
| 000004 | Michael J. Morrisroe Ltd | $ 8,588.25 | $ 0.00 |
| 000005 | Midwest Heart | $ 135.20 | $ 0.00 |
| 000006 | Harris Bank N.A. | $ 200,006.55 | $ 0.00 |
| 000007 | Citibank/ CHOICE | $ 6,236.41 | $ 0.00 |
| 000008 | Citibank/ CHOICE | $ 41,205.89 | $ 0.00 |
| 000009 | Citibank/ CHOICE | $ 41,205.89 | $ 0.00 |
| 000011 | Citizens Community Bank of Illinois | $ 118,969.22 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 606,450.65 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000014 | Chem-Wise | $ 370.00 | $ 0.00 |
| 000015 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES | $ 4,989.74 | $ 0.00 |
| 000016 | Robert Clark & Associates | $ 4,458.10 | $ 0.00 |
| 000017 | SG Supply | $ 287,483.61 | $ 0.00 |

UST Form 101-7-NFR (9/1/2009) (Page 4)

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000018 | Navigators Insurance Company | $ 309,149.20 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: bchavez                Page 1 of 2                   Date Rcvd: Feb 24, 2010
Case: 05-51717                 Form ID: pdf006              Total Noticed: 79

The following entities were noticed by first class mail on Feb 26, 2010.
db/jdb       +Steven Paul Fischer,    Janet Ann Fischer,    721 Pheasant Trail,    St. Charles, IL 60174-8859
aty          +Edward J Varga,    Attorney Edward J. Varga,    1700 N. Farnsworth Ave.,    Suite 11,
               Aurora, IL 60505-1186
tr           +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 West Lawrence,
               Chicago, IL 60625-5104
10999752    ++ADVANTA,    700 DRESHER RD,    HORSHAM PA 19044-2206
               (address filed with court:   Advanta Bank Corp,    POB 30715,    Salt Lake City, UT 84130-0715)
10999753     +American Express,    POB 297814,    Fort Lauderdale, FL 33329-7814
11026453     +Attorney Deborah FioRito,    8 West Devon Ave,    Park Ridge IL 60068-5539
10439994      Center One Financial Services,    P.O. Box 70866,    Charlotte, NC 28272-0866
10439995     +Central Dupage Health,    P.O. Box 479,    Winfield, IL 60190-0479
10439996     +Central Dupage Hospital,    C/O Merchants’ Credit Guide,    223 W. Jackson Blvd,
               Chicago, IL 60606-6908
10999754     +Chase,    POB 15902,    Wilmington, DE 19850
10999772     +Chem-Wise,    2 1/2 West Wilson Suite A-1,    Batavia, IL 60510-1943
10439997     +Citi Advantage World Mastercard,    P.O.Box 688907,    Des Moines, IA 50368-8907
10999755      Citi Cards,    POB 6000,    The Lakes, NV 89163-6000
10880043      Citibank/ CHOICE,    Exception Payment Processing,    P.O. Box 6305,    The Lakes, NV 88901-6305
10439998     +Citicapital Technology, Austin Mechanica,    C/O McCarthy, Burgess, & Wolf,    26000 Cannon Rd.,
               Cleveland, OH 44146-1807
10439999      Citicorp Vendor Finances,    P.O. Box 7247-0322,    Philadelphia, PA  19170-0322
10440000     +Citizan Community Bank,    3322 S. Oak Park Ave.,    Berwyn, IL 60402-3407
10898598     +Citizens Community Bank of Illinois,    3322 S. Oak Park Ave.,    Berwyn, IL 60402-3407
10440002     +David Mcfadden Lcpc Lmft,    C/O The Village Counseling Centre,    1240 Bamberg Ct Ste 3a,
               Hanover Park, IL 60133-5243
11026454     +Delnor Community Hospital,    c/o KCA Fiancial Services Inc,    PO Box 5360134,    Geneva, IL 60134
10440003     +Directv,    C/O CBE Group,    P.O. Box 2635,    Waterloo, IA 50704-2635
10440004      Dominion Peoples Plus,    C/O Cbcs,    875 Greentree Rd 8 Pkwy Ctr,    Pittsburg, PA  15220
10440005     +Dr. John Mortell,    290 Spingfield Dr. Ste 280,    Bloomingdale, IL 60108-2242
10439993     +Edward J Varga,    Attorney At Law,    1700 N Farnsworth Suite 12,    Aurora, IL 60505-1186
10440006     +Evans,Lowenstein,Shimanovsky & Moscardin,    130 S. Jefferson St.,    Suite 500,
               Chicago, IL 60661-5764
10439992     +Fischer Janet Ann,    721 Pheasant Trail,    St. Charles, IL 60174-8859
10439991     +Fischer Steven Paul,    721 Pheasant Trail,    St. Charles, IL 60174-8859
10440007     +Fleet Service,    P.O. Box 620130,    Middleton, WI 53562-0130
10440008     +Freemont Emergency Services,    P.O. Box 1569,    Las Vegas, NV 89125-1569
10440009      G & S Services,    C/O Malachy J. Cross (Business),    925 M.L.King Drive,
               North Chicago, IL  60064
10440010     +Greatbank,    234 S. Randall Rd,    Algonquin, IL 60102-9706
10440011      Harris Bank N.A.,    Attn: Bob Petris,    111 W Monroe, 11th fl West,    Chicago, IL 60603
11026455     +Harris Bank NA,    BLST,    PO Box 2880,    Chicago, IL 60690-2880
10999757     +Harris Trust & Savings Bank,    111 West Monroe Street,    POB 755,    Chicago, IL 60690-0755
10440012      Household Orchard Bank,    P.O.Box 80053,    Salinas, CA  93912
10719915    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
               (address filed with court:   Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
11026417    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
               (address filed with court:   Internal Revenue Service,    PO Box 21126,    Philiedlphia, PA 19114)
10440013     +Kane.Carbonara & Mendoza,    One N. Franklin Ste 2700,    Chicago, IL 60606-3470
10999768     +Laborers Pension & Welfare Fund,    53 W Jackson Blvd Suite 550,    Chicago, IL 60604-3425
10999769     +Local 501-Northern IL Benefit & Pension Fund,    4054 Paysphere Circle,    Chicago, IL 60674-0040
11000673     +Locals 93 + 597,    Johnson Smetters & Krol LLC,    208 S Lasalle Suite 1602,
               Chicago, IL 60604-1186
10999767     +Locals 93 and 597,    c/o Johnson Smetters & KrolLLC,    208 S Lasalle Ste 1602,
               Chicago, IL 60604-1186
10999758      MBNA America,    POB 15019,    Wilmington, DE 19886-5408
10999770      Marshall Fields,    POB 94578,    Cleveland, OH 44101-4578
10440014     +McElroy Pediatric Denistry Ltd.,    231 S. Gary Ave  Ste 105,    Bloomingdale, IL 60108-2227
10440015     +Michael J. Morrisroe Ltd,    114 S. Bloomingdale Rd.,    Bloomingdale, IL 60108-1239
10440016     +Midwest Heart,    1919 S. Highlandave Ste 118c,    Lombard, IL 60148-6231
10999759      Midwest Operating Engineers Finge,    Benefit Funds,    6150 Joliet Road,
               Countryside, IL 60525-3994
10999771     +Navigators Group Inc,    Reckson Executive Park,    6 International Dr Suite 110,
               Rye Brook, NY 10573-1070
11098418     +Navigators Insurance Company,    Addis Greenberg & Schultz LLC,    707 Skokie Blvd Ste 540,
               Northbrook, IL 60062-2895
10440017     +Nextel Communication,    C/O Gc Services Lilmited Partnership,    6330 Gufton,
               Houston, TX 77081-1108
10440019     +Nicor Gas,    C/O Nco Financial Systems,Inc,    Dept 750 1804 Washington Blvd,
               Baltimore, MD 21230-1700
10440020     +Patterson Law Firm,    33 N. Lasalle Ste 3350,    Chicago, IL 60602-3394
10999760     +Pipe Fitters’ Welfare & Retirement Funds,    Local 597,    45 North Ogden Avenue,
               Chicago, IL 60607-1813
11000212     +Plumbers Local 93,    31855 N US Hwy 12,    Volo, IL 60073-9796
10896741     +Plumbers Local Union No. 93 Fringe Benefit Funds,    c/o Johnson, Smetters & Krol, LLC,
               208 S. LaSalle St., Ste. 1602,    Chicago, IL 60604-1186
10999761     +Plumbers’ Welfare Local 130 UA,    1340 West Washington Boulevard,    Chicago, IL 60607-1986
10999762     +Plumbers’ Welfare Local 130 UA,    c/o Lewis, Overbeck & Furman,
               135 South Lasalle Street Suite 2300,    Chicago, Illinois 60603-4152
10440021     +Quest Consultanats International Ltd,    1450 E. American Lane Ste. 1400,
               Schaumburg, IL 60173-6084
```

```
District/off: 0752-1           User: bchavez               Page 2 of 2                   Date Rcvd: Feb 24, 2010
Case: 05-51717                 Form ID: pdf006             Total Noticed: 79

10440022     +Robert Clark & Associates,    111 N. Wheaton Ave.,     Unit 408,     Wheaton, IL 60187-5196
10999763     +Robert Clark & Associates,    111 North Wheaton Avenue,     Unit 408,     Wheaton, IL 60187-5196
10999766      SG Supply,    Emal farb, Swan & Bain,    440 Central 1 Avg,     Highland Park, IL 60035
10999765     +SG Supply,    12900 S Throop St,    Calumet Park, IL 60827-6499
10440023     +Southern Hills Hospital,    C/O Nco Financial Systems,     10933 Trade Center Dr #100,
               Rancho Cordova, CA 95670-6181
10440024     +St. Therese Hospital,    C/O Joseph Macaluso,     100 W. Monroe St. Ste 1310,
               Chicago, IL 60603-1944
10440025     +Stratford Orthopedics & Rehab,    231 S. Gary Ave Ste 101,     Bloomingdale, IL 60108-2227
10440026     +The Dental Syore Ltd,    1061 S. Roselle Rd,     Schaumburg, IL 60193-3900
10440027     +Tri City Ambulance,    C/O Professional Collection Service,     P.O. Box 76,
               Freeport, IL 61032-0076
10440028     +Tri City Radiology S.C.,     9410 Compubill Rd,    Orland Park, IL 60462-2627
10440029     +TruGreen ChemLawn,     P.O.Box 490,    West Chicago, IL 60186-0490
10440030     +Valley Emergrency Care Inc,    C/O Dennis A. Brebner & Assoc.,     860 Northpoint Blvd.,
               Waukegan, IL 60085-8211
10778367     +Valley Emergrency Care Inc.,     C/O Dennis A. Brebner & Associates,     860 Northpoint Blvd.,
               Waukegan IL 60085-8211
10440031    ++WACHOVIA BANK NA,    PO BOX 13765,    ROANOKE VA 24037-3765
              (address filed with court:  Wachovia Bank, N.A.,     P.O. Box 52117,    Jacksonville, FL  32201-2117)
10999764     +Welch Bros Inc,    1050 St Charles Street,     Elgin, IL 60120-8441
10440032      Westfield Insurance,    One Park Circle,    P.O. Box 5001,    Westfield Center, OH  44251-5001

The following entities were noticed by electronic transmission on Feb 24, 2010.
10440001      E-mail/Text: legalcollections@comed.com                              ComEd,    Bill Payment Center,
               Chicago, IL  60668-0001
11051939     +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 25 2010 00:37:45
               DISCOVER BANK/DISCOVER FINANCIAL SERVICES,     PO BOX 3025,    NEW ALBANY OH 43054-3025
10999756      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 25 2010 00:37:45      Discover Platinum Card,
               POB 15192,    Wilmington, DE 19850-5192
10440018     +E-mail/Text: bankrup@nicor.com                              Nicor Gas,    P.O. Box 870,
               Aurora, IL 60507-0870
                                                                                               TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10999773      Mitsbishi Motors Credit of America
10880054*     Citibank/ CHOICE,    Exception Payment Processing,    P.O. Box 6305,     The Lakes, NV 88901-6305
10880057*     Citibank/ CHOICE,    Exception Payment Processing,    P.O. Box 6305,     The Lakes, NV 88901-6305
10901733*     Citibank/ CHOICE,    Exception Payment Processing,    P.O. Box 6305,     The Lakes, NV 88901-6305
10901734*     Citibank/ CHOICE,    Exception Payment Processing,    P.O. Box 6305,     The Lakes, NV 88901-6305
10901735*     Citibank/ CHOICE,    Exception Payment Processing,    P.O. Box 6305,     The Lakes, NV 88901-6305
10901737*     Citibank/ CHOICE,    Exception Payment Processing,    P.O. Box 6305,     The Lakes, NV 88901-6305
10904020*     Citibank/ CHOICE,    Exception Payment Processing,    P.O. Box 6305,     The Lakes, NV 88901-6305
10899415*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:  Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
                                                                                              TOTALS: 1, * 8

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 26, 2010**          **Signature:**     _Joseph Speetjens_